# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:19-CR-90 |
| ) | Chief Judge Reeves |
| FERNANDO CORNEJO-GARCIA ) | |

## **O R D E R**

Counsel for Defendant filed a Notice of Affidavit [Doc. 41] on December 10, 2019. Pursuant to affidavit of counsel, Defendant is withdrawing the Motion to Dismiss Indictment [Doc. 21], Objections to the Report and Recommendations [Doc. 36], and Motion to Substitute Counsel [Doc. 37].

The Motion to Substitute Counsel [Doc. 37] has been referred [Doc. 40] to the Honorable H. Bruce Guyton, United States Magistrate Judge. Judge Guyton will issue an appropriate order.

In light of Defendant's Notice of Affidavit [Doc. 41], it is **ORDERED** that the Motion to Dismiss Indictment [Doc. 21] is **DENIED** and the Objections to the Report and Recommendations [Doc. 36] are **DENIED** as moot. Accordingly, the Court **ACCEPTS IN WHOLE** the Report [Doc. 34] under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

_____
**CHIEF UNITED STATES DISTRICT JUDGE**